UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TALANDIS COTTON (#610891)                                  CIVIL ACTION

VERSUS

ROBERT TANNER, ET AL.                               NO.: 18-00539-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 12)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses pro se Petitioner Talandis Cotton's habeas corpus petition (Doc. 1), attacking his 2013 conviction for attempted kidnapping pursuant to 28 U.S.C. §2254. The Magistrate Judge recommended that Petitioner's habeas corpus relief be denied, and the proceeding dismissed. If the Petitioner seeks to pursue an appeal, the Magistrate Judge also recommended that the certificate of appealability be denied. (Doc. 12 at p. 35).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and

1

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 12)** is ADOPTED as the Court's opinion herein.

IT IS FURTHER ORDERED that Petitioner's application for habeas corpus relief is DENIED.

Baton Rouge, Louisiana, this 26th day of December, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA